UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC MILANO,<br><br>    Plaintiff,<br><br>v.<br><br>DUNCAN, *et al.*,<br><br>    Defendants. | Case No.  2:22-cv-00071-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT TO THE COURT COMPLETED USM-285 FORMS FOR ALL DEFENDANTS |

    Plaintiff, a county inmate proceeding without counsel, filed this civil rights action under 42 U.S.C. § 1983.  On April 25, 2022, the court ordered plaintiff to complete and return to the court, within thirty days, four copies of his complaint, a completed summons, and a USM-285 form for each defendant, without which the U.S. Marshal cannot effect service on defendants.  On May 11, 2022, plaintiff submitted the USM-285 forms and copies of the summons.  However, the USM-285 forms do not provide an address for each defendant.[1]  Without that information, the U.S. Marshal is unable to serve defendants with a copy of the summons and complaint.

    Accordingly, it is hereby ORDERED that:

---

[1] Plaintiff also did not submit the requisite copies of the operative complaint.  He did, however, file a motion asking that the court provide him copies of the complaint.  ECF No. 10.  He explains that he does not have access to a copy machine at the county jail where he is incarcerated.  *Id*.  Plaintiff's motion will be granted.  He is cautioned that in the future, copies will only be provided upon receipt of the required copying fee.

1

1. Plaintiff's motion for copies, ECF No. 10, is granted. Upon receipt of the completed USM-285 forms, the court will provide copies of the operative complaint to the U.S. Marshal.

2. The Clerk of Court is directed to send plaintiff three USM-285 forms.

3. Within thirty days, plaintiff shall submit to the court a completed USM-285 form for each defendant.

4. Failure to return the copies within the specified time period can result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   June 23, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE