UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC MILANO,<br><br>            Plaintiff,<br><br>       v.<br><br>DUNCAN, *et al.*,<br><br>            Defendants. | Case No.  2:22-cv-00071-JDP (PC)<br><br>**ORDER**<br><br>GRANTING DEFENDANTS' AND PLAINTIFF'S MOTIONS TO LIFT STAY<br><br>ECF Nos. 32 & 33 |

Plaintiff brought this action alleging that defendants, officers of the Vallejo Police Department, violated his Fourth Amendment rights by using excessive force against him. ECF No. 1 at 3. On June 12, 2023, I stayed this case pending the culmination of plaintiff's state criminal case. ECF No. 31. Now, both defendants and plaintiff have filed motions seeking to lift the stay, noting that the criminal proceedings have ended. ECF Nos. 32 at 1-2; 33 at 1. Those motions will be granted.

1

Accordingly, it is ORDERED that the motions to lift the stay, ECF Nos. 32 & 33, are GRANTED and the stay put in place by ECF No. 31 is lifted.

IT IS SO ORDERED.

Dated:    June 14, 2024                                        
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE