**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY: KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:   (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendants JAMES DUNCAN, GEORGE SIMPSON and MATTHEW KOMODA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC MILANO,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DUNCAN, GEORGE SIMPSON and MATTHEW KOMODA,<br><br>Defendants | Case No.  2:22-cv-00071-JDP<br><br>**[PROPOSED]** ORDER GRANTING **DEFENDANTS' MOTION TO OPT OUT OF EARLY ADR** |

Defendants James Duncan, George Simpson and Matthew Komoda's Motion to Opt Out of Early ADR was filed and served on August 13, 2024.  After considering the briefing and evidence submitted and good cause appearing therefore, the Motion, ECF No. 37, is **GRANTED**.

The stay put in place by the Court is hereby lifted.  Defendants shall file a responsive pleading within 30 days of this order.

IT IS SO ORDERED.

Dated:   August 19, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE